# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 895 MAL 2015
                                 :
            Respondent    :    Petition for Allowance of Appeal from
                                 :    the Order of the Superior Court
                                 :
        v.                       :
                                 :
                                 :
                                 :
INSUN PARK,                      :
                                 :
            Petitioner    :

## ORDER

**PER CURIAM**

    **AND NOW**, this 24th day of March, 2016, the Petition for Allowance of Appeal is **DENIED**.

    Justice Wecht did not participate in the consideration or decision of this matter.